## SNYDER vs. E. & S. JENKINS.

*Judgment cannot be signed, and roll filed on the report of referees, until four days after the filing of the report and entry of rule for judgment.*

ON the *same day* a report of referees was filed, rule for judgment entered, and judgment-roll signed and filed. The defendants moved to set aside the signing and filing of the judgment-roll.

*J. W. Edmonds,* for defendants.

*M. T. Reynolds,* for plaintiff.

*By the Court,* SAVAGE, Ch. J. Judgment is to be entered upon a report of referees in the same manner as upon the verdict of a jury. 2 *R. S.* 385, § 48. Upon the verdict of a jury, judgment cannot regularly be *signed* till *four days* after the filing of the postea, 3 *Salk.* 212, 215; 6 *Mod.* 241; and such was declared to be the practice in *Bank of Orange* v. *Brown,* 1 *Wendell,* 31. The same rule is laid down in *Rose* v. *Rock,* 6 *Johns. R.* 330, viz. that judgments after verdict are always judgments *nisi,* i. e. unless cause be shewn to the contrary in *four days.* The judgment in this case being signed, and record filed, before the expiration of four days after the filing of the report, the proceedings were *irregular.*